In the Matter of the Probate of the Will of HENRY ALTMAYER, Deceased. BEATRICE A. RODNEY, Appellant; EMIL H. WASSERBERGER et al., Respondents.

Submitted April 8, 1946; decided April 18, 1946.

Motion by respondent Emil H. Wasserberger for reargument and to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 693.]

UNION COURSE HOLDING CORPORATION, Respondent, *v.* TOMASETTI CONSTRUCTION COMPANY et al., Appellants.

Submitted April 8, 1946; decided April 18, 1946.

Motion by appellants for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 802.]